# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN TICHOT, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | No. 2:10-cv-417-GZS |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 15) filed January 19, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is hereby **ORDERED** that Plaintiff's Complaint (Docket No. 1) is **DISMISSED WITHOUT PREJUDICE**, to allow Plaintiff to return to this Court only after he properly exhausts his administrative remedies, if he is able to reopen his case in order to proceed through that administrative process.

                                                                    /s/ George Z. Singal
                                                                   United States District Judge

Dated this 10th day of February, 2011.